IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-275-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    GARY R. NOBLE,**

       Defendant.

---

# MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **July 23, 2010;** responses to these motions are due **August 6, 2010**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **August 20, 2010, at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that a **16-day jury trial** is set for **August 30, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: June 25, 2010