IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Criminal Action No. **10-cr-00275**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GARY A. NOBLE**,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE
MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANT**

---

This matter is before me on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant, Doc. 7, pursuant to Fed. R. Crim. P. 6 (e)(3)(E)(i). Upon review of the motion and being otherwise advised in the premises, I find the motion is supported by good and sufficient cause.

It is therefore ORDERED that Plaintiff's motion is granted. Testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the defendant and his counsel in the course of discovery in this case.

It is further ORDERED that such materials shall only be used in defending this case; that such materials may be disclosed only to the defendant and his attorney; that if copies are made, the defendant's attorney shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to the plaintiff at the

completion of the case.

Dated: July 7, 2010

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court