IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-275-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    GARY R. NOBLE,**

        Defendant.

---

## MINUTE ORDER
## RE-SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

    Consistent with the Order Granting Defendant's Unopposed Motion for an Ends of Justice Continuance and Excludable Time on Grounds of Complexity Pursuant to 18 U.S.C. § 3161(h)(7)(A) AND (B)(iv) (doc. #20), entered on July 7, 2010, the deadlines and trial dates are re-set as follows: All pretrial motions in this matter are due on or before **November 8, 2010;** responses to these motions are due **November 18, 2010**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **February 18, 2011, at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

    FURTHER ORDERED that a **16-day jury trial** is set for **February 28 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Trial will be

held weekly from Monday through Thursday, commencing on February 28-March 3, 2011, March 7-10, 2011, March 14-17, 2011, and concluding the week of March 21-24, 2011.

_____

Dated: July 21, 2010