IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-00275**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**GARY A. NOBLE**,

      Defendant.

---

**ORDER REGARDING GOVERNMENT'S UNOPPOSED MOTION FOR VARIANCE IN THE NUMBERING OF ITS TRIAL EXHIBITS**

Kane, J.

This matter is currently before me on the Government's Unopposed Motion for Variance in the Numbering of Its Trial Exhibits (doc. 46). Having considered this motion, and noting that Defendant does not object to the Government's proposed numbering scheme, I GRANT the motion and ORDER that the Government may employ the numbering system described in the motion.

Dated: January 18, 2011

                                                BY THE COURT:

                                                */s/John L. Kane*
                                                SENIOR U.S. DISTRICT JUDGE