IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-275-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    GARY A. NOBLE,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Due to a calendar conflict, the Sentencing Hearing set for April 8, 2011 is **VACATED AND RESET** for **April 20, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  February 25, 2011