IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-275-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    GARY A. NOBLE,**

       Defendant.

# MINUTE ORDER
## RE-SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

This matter is now set for a **Final Trial Preparation Conference** on **June 10, 2011 at 3:00 p.m.**  Any additional motions shall be filed no later than May 12, 2011; responses due May 27, 2011.

A **4 week jury trial** is set for **June 20, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  April 22, 2011