IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-275-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.  GARY A. NOBLE,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Consistent with the Order granting motion to continue jury trial (doc. #69), entered on this date, the Final Trial Preparation Conference set for June 10, 2011 is VACATED. The 4 week Jury Trial set for June 20, 2011 is likewise VACATED. Counsel shall contact chambers to arrange for new dates.

Dated:  May 6, 2011