IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-275-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    GARY A. NOBLE,**

        Defendant.

**MINUTE ORDER RE-SETTING
FINAL TRIAL PREPARATION CONFERENCE/MOTIONS HEARING
AND  TRIAL**

Judge John L. Kane **ORDERS**

       The **Final Trial Preparation Conference/Motions Hearing** is re-set for **October 13, 2011 at 2:00 p.m.**  The **16-day jury trial** is re-set for **October 24, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  Trial will be held weekly from Monday through Thursday, commencing on October 24-27, 2011, October 31-November 3, 2011, November 7-10, 2011, and concluding the week of November 14-17, 2011.

Dated:  May 11, 2011