**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Tamara Hoffschildt<br>Probation Officer: Kurt Thoene | Date:  January 5, 2012 |

Criminal Action No.: 10-cr-00275-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Linda S. Kaufman<br>Thomas M. O'Rourke |
| Plaintiff, | |
| v. | |
| GARY A. NOBLE, | Harvey A. Steinberg |
| Defendant. | |

### SENTENCING MINUTES

**11:00 a.m.     Court in session.**

Court calls case.  Appearances of Counsel.  Defendant present on bond.  Also present, Sandra Blain, FBI.

**Change of Plea Hearing: October 13, 2011.**

**Defendant plead guilty to Counts Eight, Fifty Three, and Fifty-Nine of the Superseding Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Motion For Variance (Filed 4/4/11; Doc. No. 58) is DENIED.**

*10-cr-00275-JLK*
*Sentencing*
*January 5, 2012*

**ORDERED:**  Motion For Downward Departure (Filed 4/4/11; Doc. No. 59) is DENIED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Counts Eight, Fifty-Three, and Fifty-Nine** to a term of imprisonment of **80 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.

*10-cr-00275-JLK*
*Sentencing*
*January 5, 2012*

|     |     |     |
| --- | --- | --- |
| (X) | | As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case. |
| (X) | | Defendant shall work with the probation officer in the development of a monthly budget which shall be reviewed with the probation officer quarterly. |

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the amount of $2,135,409.70, payable to the victims identified in the presentence investigation report. Payments shall not be less than 20 percent of the defendant's gross monthly wages, or other income.

The Clerk of the United States District Court is ordered to disburse funds to the victims proportionate to their loss.

Interest is waived.

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 300.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

**ORDERED:**  Defendant shall surrender to the facility designated by the United States Bureau of Prisons within 15 days of the date of his designation.

**ORDERED: Government's Oral Motion To Dismiss Remaining Counts is GRANTED.**

**11:29 a.m.    Court in recess.**
**Hearing concluded.**
Total in-court time: 29 minutes.